**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **STEPHEN L. WINTERS, Individually and On Behalf of All Others Similarly Situated,**     **Plaintiff,**  **v.**  **CAMBER CORPORATION,**     **Defendant.** | § § § § § § § § § § § §     **No.5:13-cv-00221-FB**     **JURY TRIAL DEMANDED** |

**NOTICE OF CONSENT OF NATHAN C. MCKEE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Nathan C. McKee and files this written consent to become a party to this lawsuit pursuant to 29 U.S.C. § 216(b).

    Respectfully submitted,

    **MOORE & ASSOCIATES**

    By: /s/ Melissa Moore
        Melissa Moore
        State Bar No. 24013189
        Curt Hesse
        State Bar No. 24065414
        Lyric Center
        440 Louisiana Street, Suite 675
        Houston, Texas 77002
        Telephone: (713) 222-6775
        Facsimile: (713) 222-6739

    **ATTORNEYS FOR PLAINTIFF
    STEPHEN WINTERS**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was forwarded to all counsel of record on the 12th day of August 2013 via the Court's CM/ECF system.

                                                                        /s/ Melissa Moore
                                                                           Melissa Moore

## CONSENT TO BECOME A PARTY PLAINTIFF

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

I, _Nathan C. McKee_, represent to the Court that I have read the Assignment of Interest and Contingent Fee Agreement presented to me by my Attorney and agree to be bound by its terms. After reading same, I hereby elect to "opt in" pursuant to 29 U.S.C. § 216(b) and consent to becoming a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages under 29 U.S.C. §§ 201, *et seq.* I authorize my attorney to file this document with the Court on my behalf.

This Consent Form was prepared in Houston, Harris County, Texas and was executed on this the _____ day of _____, 2013.

**APPROVED AND ACCEPTED IN FULL BY THE FOLLOWING CLIENT:**

_Nathan McKee_
SIGNATURE

_Nathan McKee_
PRINTED NAME

---

APPROVED AND ACCEPTED IN FULL ON BEHALF OF LAW FIRM
ON THIS THE _12th_ DAY OF _Aug_, 2013:

THE MELISSA MOORE LAW FIRM, P.C.

By: _Melissa Moore_
Melissa A. Moore
**THE MELISSA MOORE LAW FIRM, P.C.**
440 Louisiana, Suite 675
Houston, Texas 77002-1637
Telephone: (713) 222-6775
Facsimile: (713) 222-6739