IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

STEPHEN L. WINTERS, Individually and On   §
Behalf of All Others Similarly Situated,   §
  §
      Plaintiff,   §
  §
VS.   § CIVIL ACTION NO. SA-13-CA-221-FB
  §
CAMBER CORPORATION,   §
  §
      Defendant.   §

## ORDER REINSTATING CASE ON DOCKET AND ORDER OF DISMISSAL WITH PREJUDICE

On August 25, 2015, this Court entered an Order Granting Request to Stay Case Until Ruling by the United States Supreme Court and Order of Continued Administrative Closure in this case to await the ruling by the United States Supreme Court in *Campbell-Ewald Co. v. Gomez*, a case which should address and resolve the issue pending in this case. On December 1, 2015, plaintiff filed a Notice of Dismissal with Prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) dismissing the claims against the defendant with prejudice (docket #126). Therefore, the Court finds the case should be reopened at this time.

Accordingly, IT IS HEREBY ORDERED that the case is hereby reopened and reinstated on the Court's docket. IT IS FURTHER ORDERED that pursuant to the Notice of Dismissal filed by the plaintiff individually and on behalf of all opt-in plaintiffs pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) (docket #126), this case is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that motions pending, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 4th day of December, 2015.

FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE