IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEPHEN L. WINTERS, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-13-CA-221-FB |
| CAMBER CORPORATION, | § § | |
| Defendant. | § § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Notice of Dismissal with Prejudice filed December 1, 2015 (docket #126), and the Order Reinstating Case on Docket and Order of Dismissal with Prejudice filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that this case is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. IT IS FURTHER ORDERED that motions pending, are DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 4th day of December, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE